

In The United States District Court
For The Northern District Of Georgia

Plaintiff:
   Howard Duffy

vs.

Defendant(s)
   County of Fulton
   State of Georgia

1:09-CV-1306

28 U.S.C. § 1332

I Howard Duffy, the Plaintiff in this civil action was illegally arrested and is being illegally detained by the Defendant(s) County Of Fulton, State of Georgia. In support of this Complaint, the Plaintiff shows the following:

1. On April 6, 2008 the Plaintiff was arrested in Clayton County pursuant to a warrant from Atlanta and released to Atlanta Police. The Plaintiff was the brought to the Fulton County Jail and booked in for arson 1st degree and terroristic threats (Exibit A). When the Plaintiff asked the officers to produce the warrant, they couldn't and the court (Fulton County) couldn't even produce the warrant(s). The Plaintiff was later released on bail.

(B)

2. Then on May 8, 2008 the Plaintiff was rearrested by Clayton County and held for Fulton County in relation to the same charges Plaintiff was released on bail for. The Plaintiff filed a Demand For Speedy trial on August 25, 2008 (Exibit B) and a Motion To Dismiss on March 17, 2009 (Exibit C) because of failure of the Court (Fulton County) to try the cases within the two terms of court. The Plaintiff also has been incarcerated since May 8, 2008 without bail.

  Wherefore, the Plaintiff request that this Court examine this claim of an unlawful arrest without a warrant, the denial of right to a speedy trial and bail. Relief sought: that this Court order the release of the Plaintiff and at the least bail be granted.

Respectfully submitted

Plaintiff: Howard Duffy
Atlanta City Detention Center
254 Peachtree St.
Atlanta GA 30303

Defendant(s) Fulton County Superior Court
136 Pryor St. SW
Atlanta GA 30303

G.R. Jemison
5-12-09

[Notary seal: G.R. JEMISON, MY COMMISSION EXPIRES DEC. 13 2010, COBB CO., NOTARY PUBLIC]

I, Howard Duffy, am indigent and request that this Court allow me to proceed in forma pauperis in filing this civil action. I furthermore declare the foregoing information set forth in the complaint are true and correct.

This 12th day of May, 2009

Howard Duffy

G.R. Jemison
5-12-09

[Notary seal: G.R. JEMISON, MY COMMISSION EXPIRES DEC. 13 2010, COBB CO., GEORGIA, NOTARY PUBLIC]